IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY CARLTON DUNLAP, SR.,

     Petitioner,

  v.

WARDEN EMMERICH,

     Respondent.

ORDER

Case No. 25-cv-347-jdp

---

Petitioner Anthony Carlton Dunlap, Sr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 27, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 1, 2024 through the date of the petition, May 1, 2025.

ORDER

IT IS ORDERED that:

1.    Petitioner Anthony Carlton Dunlap, Sr. may have until May 27, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 27, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 2nd day of May, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge