IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| ANTHONY CARLTON DUNLAP, SR., | |
| Petitioner, | ORDER |
| v. | |
| WARDEN EMMERICH, | 25-cv-347-jdp |
| Respondent. | |

---

| | |
|---|---|
| ANTHONY CARLTON DUNLAP, SR., | |
| Plaintiff, | ORDER |
| v. | |
| B.O.P., et al., | 25-cv-371-jdp |
| Defendants. | |

---

| | |
|---|---|
| ANTHONY CARLTON DUNLAP, SR., | |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | 25-cv-391-jdp |
| Respondent. | |

---

Anthony Carlton Dunlap, Sr., is incarcerated at the Federal Correctional Institution in Oxford, Wisconsin. He filed these three lawsuits, two of which are styled as petitions for writs of habeas corpus. Each of these cases was dismissed for Dunlap's failure to pay the filing fee or move to proceed without full prepayment of the filing fee, also known as in forma pauperis status. Dunlap seeks to reopen these cases and has followed with a series of motions that I will address in this order.

Dunlap moves for additional time to seek reopening of his cases. Dkt. 7 in Case No. 25-cv-347-jdp. I will grant that motion.

Dunlap now moves for leave to proceed in forma pauperis. Dkt. 12 in the '347 case. The court has already denied that motion with respect to Dunlap's two habeas cases because the filing fee is only $5 for a habeas petition; he has a deadline to make those payments. I will grant Dunlap's motion as it pertains to his proposed civil-rights lawsuit, Case No. 25-cv-371-jdp. Using information from Dunlap's trust fund account statement, the court has calculated his initial partial payment to be $24.74. I will set a deadline below for Dunlap to submit this amount; if he does, I will reopen the case and screen his complaint. If Dunlap does not have sufficient funds in a regular inmate account to make the initial partial payment, then he should arrange with prison officials to make the payment from his release account. Dunlap should show this order to prison officials to ensure that they are aware of it.

Dunlap also moves for preliminary injunctive relief and for the court's assistance in recruiting him counsel. Dkt. 9 and Dkt. 15 in the '347 case. I will deny both of these motions without prejudice; I will not consider Dunlap's request for an injunction without him first meeting his financial obligations in these cases, and he does not need the assistance of counsel to make the various payments discussed in this order.

ORDER

IT IS ORDERED that:

1. Anthony Dunlap's motion for additional time to seek reopening of his cases. Dkt. 7 in Case No. 25-cv-347-jdp, is GRANTED.

2. Dunlap is assessed an initial partial payment of $24.74 in Case No. 25-cv-371-jdp. Dunlap must submit a check or money order in this amount payable to the clerk of

court by September 4, 2025, or advise the court in writing why he is not able to make the initial partial payment.

3. Dunlap's motions for preliminary injunctive relief and for the court's assistance in recruiting him counsel. Dkt. 9 and Dkt. 15 in the '347 case, are DENIED without prejudice.

Entered August 14, 2025.

                        BY THE COURT:

                        /s/

                        _____
                        JAMES D. PETERSON
                        District Judge